# EXHIBIT A

Summit Pathology
P.O. Box 989728
West Sacramento, CA 95798-9728



Christian Castle

Enrollment Code: GD35JAEMSE
To Enroll, Scan the QR Code Below:

Or Visit:
https://response.idx.us/summitpathology

October 18, 2024

# Notice of Data Breach

Dear Christian Castle,

## What Happened

Summit Pathology and Summit Pathology Laboratories, Inc. (collectively "Summit") writes to inform you of a recent event that may affect the privacy of certain information related to you. This notice provides information about the event, the response, and resources available offered at no cost to you to help protect your information from possible misuse, should you feel it appropriate to do so. This notice was not delayed due to an investigation by law enforcement.

On or around April 18, 2024, we identified suspicious activity within our computer environment. We immediately took steps to secure our network and launched an investigation with the assistance of third-party forensic specialists to determine the nature and scope of the activity. Based on this investigation, we identified certain files within our systems that may have been accessed or acquired by the unauthorized cybercriminal, and your data may have been included on the impacted systems.

## What Information Was Involved

The impacted systems contained demographic and healthcare information which may include your name, address, medical billing and insurance information, certain medical information such as diagnoses, and demographic information such as date of birth, Social Security number, and financial information.

## What We Are Doing

We take the confidentiality, privacy, and security of information in our possession seriously. Upon learning of the malicious activity, we promptly notified law enforcement and took steps to further secure our systems and investigate the event. As part of our ongoing commitment to the privacy of personal information in our care, we reviewed our existing policies and procedures and implemented additional administrative and technical safeguards to help prevent future attacks. We also worked with third-party subject matter specialists to further enhance the security of our systems.

In response to the incident, we are providing you with access to identity theft protection services through IDX, A ZeroFox Company, the data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed id theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.